UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JOSE NAVARRO    )<br>) | CR. NO. 03-10016-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                                June 11, 2008

Defendant Jose Navarro is serving a 94 month sentence for, among other things, distributing cocaine base. As a result of Amendment 706 to the United States Sentencing Guidelines ("U.S.S.G."), which generally retroactively reduces by two levels the offense level for crimes involving crack cocaine and became effective March 3, 2008, Navarro moved for a reduction of his sentence pursuant to 18 U.S.C. §3582(c)(2) and U.S.S.G. §2B1.10 (the "Motion"). As Navarro is indigent, counsel was appointed to represent him. The government and counsel for the defendant have conferred and filed a Joint Status Report concerning the Motion.

The parties correctly agree that Navarro is eligible for a reduction of his sentence. They also assert that no hearing is necessary or appropriate. See Fed. R. Crim. P. 43(b)(4) (stating that defendant need not be present for a reduction of sentence under 18 U.S.C. § 3582(c)). The parties recommend that Navarro receive the full benefit of the retroactive amendment. See Joint Status Report Regarding Defendant's Motion to Reduce Sentence at 1. The Probation Office states that "the defendant has incurred no

Disciplinary Reports" while in prison, and that he is subject to immediate deportation proceedings. Addendum to Pre-Sentence Report at 2-3; see also U.S.S.G. §1B1.10. A.N. 1(B)(ii) & (iii). Therefore, the parties recommend that the court resentence the defendant to 75 months.

    The court agrees.  Therefore, it is hereby ORDERED that:

    1.   The Motion (Docket No. 41) is ALLOWED.

    2.   The defendant's sentence is REDUCED to Time Served.

    3.   The term and conditions of Supervised Release previously imposed are not altered.

    4.   The attached Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. §3582(c)(2) shall enter forthwith.

                                  /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE